

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

GARY GONZALEZ, §  No. 08-13-00326-CV

        Appellant, §  Appeal from the

v. §  171st District Court

IONE GRIMM, §  of El Paso County, Texas

        Appellee. §  (TC# 2008-3874)

§

**O R D E R**

The Court GRANTS Anita Garcia's third request for an extension of time within which to file the Reporter's Record until **March 7, 2014.**   NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Anita Garcia, Official Court Reporter for the 171st District Court of El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before March 7, 2014.

IT IS SO ORDERED this 12th day of February, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.